October 16, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KERRY CARTER AND LETONIA JACKSON-CARTER, Appellants

NO. 14-12-00445-CV                       V.

S.S. PROPERTIES LLP, SCOTT PIERCE AND SHIOW-MINN PIERCE, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 5, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Kerry Carter and Letonia Jackson-Carter.

We further order this decision certified below for observance.